**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MISTY STEVENSON,

      Plaintiff,

vs.                                        CASE NO. 6:07-CV-500-ORL-19GJK

ORLANDO'S AUTO SPECIALISTS, INC.,

      Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 35, filed June 3, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 35) is **ADOPTED and AFFIRMED.** The Mediator's Notice of Withdrawal and Motion for Sanctions (Doc. No. 32, filed May 7, 2008) is **GRANTED.** A sanction in the amount of the Mediator's cancellation fee, $2,000.00, plus $325.00 in attorney's fees against Defense counsel is imposed. The Court hereby directs Defense counsel to pay $2,325.00 to the Mediator **within thirty (30) days** from the date of this Order or further sanctions may be imposed, and the Mediator's request to withdraw (Doc. No. 32) is **GRANTED.**

**DONE AND ORDERED** at Orlando, Florida, this ___16th___ day of June, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record