**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MISTY STEVENSON,

    Plaintiff,

vs.                                         CASE NO. 6:07-CV-500-ORL-19GJK

ORLANDO'S AUTO SPECIALISTS, INC.,

    Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 84, filed October 8, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 84) is **ADOPTED and AFFIRMED.** The Joint Notice of Settlement and Stipulation of Dismissal (Doc. No. 81, filed October 6, 2008) is **GRANTED IN PART and DENIED IN PART.** The Joint Notice (Doc. No. 81) is **GRANTED** to the extent that the parties' settlement is a fair and reasonable resolution of a bona fide dispute of the FLSA issues. The portion of the Joint Notice (Doc. No. 81) requesting the Court to retain jurisdiction is **DENIED.** This case is **DISMISSED WITH PREJUDICE,** and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this  23rd  day of October, 2008.

_____
PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record